# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com



January 24, 2008

*VIA FACSIMILE*

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

      Re: Maria Wagner v. Arman Siddiqui, M.D., et al.
          Case No.: 07 CV 10383
          Our File No.: 00777.00464

Dear Judge Sweet:

      This firm was recently retained to represent defendants Arman Siddiqui, M.D. and the Westchester County Health Care Corporation ("WCHCC") in the above-referenced matter.

      Dr. Siddiqui was served with a summons and complaint on January 4, 2008. Subsequently, on January 16, 2008 the plaintiff filed an amended summons and complaint removing Westchester County as a defendant and adding WCHCC as a defendant. We accepted service of the amended summons and complaint on behalf of Dr. Siddiqui and WCHCC on January 21, 2008 and will be responding to the amended summons and complaint on behalf of both defendants. We are requesting that the time for Dr. Siddiqui and WCHCC to respond to the amended summons and complaint be extended to February 28, 2008 so that we may have an adequate opportunity to investigate the allegations of the amended complaint. The plaintiff's counsel, William M. Brooks, Esq., consents to the extension of time. No prior applications for an extension of time have been made in this matter.

So ordered
Sweet USDJ
1-28-08

1867678.1

Hon. Robert W. Sweet
January 24, 2008
Page 2

Thank you for your consideration.

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Joanna M. Topping (JT 4526)

Cc: William M. Brooks, Esq. (via facsimile)