## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                                              )
COUNTY OF NEW YORK~ )

  **Diana Alvarez**, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendant JAY D. DRAOUA, M.D..

  That on March 19, 2008 she served the within **ANSWER JURY TRIAL DEMANDED and NOTICE TO TAKE DEPOSITION UPON ORAL** upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 220 East 42nd Street, New York, NY 10017 directed to said attorneys at:

WILLIAM M. BROOKS
MENTAL DISABILITY LAW CLINIC
Attorneys for Plaintiff
Touro College
Jacob D. Fuchsberg Law Center
225 Eastview Drive
Central Islip, New York 11722

ARMAN SIDDIQUI, M.D.
95 Grasslands Road
Valhalla, New York 10595

WESTCHESTER COUNTY
County Clerk
111 Dr. Martin Luther King, Jr. Boulevard
White Plains, New York 10601

  that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

                 _____
                  Diana Alvarez

Sworn to before me on this

19th day of March, 2008

_____
Notary Public

MONIQUE FARRONE (Spato)
Notary Public, State of New York
No. 01FA6030938
Qualified in New York County
Commission Expires 9/20/2009