

*Clinical Programs*

BY ECF AND FACSIMILE

March 24, 2008

Honorable Robert W. Sweet
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Wagner v. Siddiqui et al.*

Dear Judge Sweet:

I am the plaintiff's attorney in the above matter. For the reason below, I request an adjournment of the conference scheduled for March 26, 2008.

Recently, the plaintiff served the last known defendant, Jay Draoua, M.D. Today, I received a copy of the answer filed by defendant Draoua. When I telephoned Dr. Draoua'a attorney, Greg Radomisli, to notify him of the conference, Mr. Radomisli's voice mail stated that he will be out of the office until March 31, 2008. Hence, counsel for defendant Draoua will not be able to attend the conference.

Thank you for Your Honor's attention to this matter.

Very truly yours,

*[signature]*

William M. Brooks

cc: Alison O'Dwyer
    Greg Radomisli