UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08**

------------------------------------------------

Wagner

-v.-

Siddiqui, et al.,

------------------------------------------------x

07 Civ. 10383 (RWS)

Please be advised that the conference scheduled for __March 26, 08__ has been rescheduled to __April 30, 08__ at __4:30pm__ in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       3/26/08

ROBERT W. SWEET
United States District Judge