

*Clinical Programs*

May 6, 2008

Honorable Robert W. Sweet
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Wagner v. Siddiqui et al.*

Dear Judge Sweet:

At the initial case conference in the above matter on April 30, 2008, Your Honor directed the parties to submit for Your Honor's signature the discovery schedule agreed upon by the parties. The schedule is as follows:
    (1) Written discovery to be completed by June 13, 2008;
    (2) Party depositions to be completed by October 22, 2008;
    (3) Plaintiff to provide expert disclosure by November 24, 2008;
    (4) Defendants to provide expert disclosure by December 29, 2008;
    (5) Deposition of plaintiff's expert to be completed by January 30, 3009;
    (6) Deposition of defendants' experts to be completed by February 27, 2008, which is also the time at which discovery ends.

Thank you for Your Honor's attention to this matter.

Very truly yours,

*William M. Brooks*

William M. Brooks

cc: Alison O'Dwyer
    Greg Radomisli