# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

June 9, 2008

**VIA FACSIMILE**
Mental Disability Clinic
Touro College
225 Eastview Drive
Central Islip, NY 11722
(631) 761-7086 phone
(631) 761-7089 fax

Attn: William M. Brooks, Esq.

Martin Clearwater & Bell, LLP.
220 East 42nd Street
New York, New York 10017-5842
(212) 916-0923 phone
(212) 949-7054 fax

Attn: Greg Radomisli, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

So ordered
[signature] Sweet
USDJ
6·12·08

07-10383 (RWS)

Re: Wagner v. Arman Siddiqui, M.D.
    Our File No.: 00777.00464

Dear Counselors:

As we discussed, please allow this to confirm our agreement to the following Proposed Revised Scheduling Order:

1. Written discovery to be completed by July 14, 2008;
2. Party depositions to be completed by November 24, 2008;
3. Plaintiff's expert disclosure to be exchanged by December 29, 2008;
4. Defendant's expert disclosure to be exchanged by January 29, 2009;
5. Plaintiff's expert deposition to be completed by March 2, 2009;
6. Defendant's expert deposition to be completed by April 3, 2009; and
7. Discovery end date is April 3, 2009.

2014444.1

Wagner v. WMC
Page 2 of 2

Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Alison C. O'Dwyer

ACO/

2014444.1