UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Wagner,

         -v.-

Siddiqui

------------------------------------------------------------X

: 07 Civ. 10383 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/09

Please be advised that the conference scheduled for March 10, 2010 has been rescheduled to June 2, 2010 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
8/13/09

ROBERT W. SWEET
United States District Judge